1  JOHN E. HILL (S.B.N. 45338)
   johnhill@hill-law-offices.com
2  LAW OFFICES OF JOHN E. HILL
   A PROFESSIONAL CORPORATION
3  8105 Edgewater Drive, Suite 100
   Oakland, CA 94621
4  Telephone: (510) 588-1000
   Fax: (510) 588-1087
5
   Attorney for Plaintiff
6  DAVID QUINTERO

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
11 | DAVID QUINTERO,                        ) Case No.  3:10-cv-05419-SC
12 |                    Plaintiff,          ) STIPULATION FOR DISMISSAL AND
                                            ) ORDER FOR DISMISSAL OF
13 | vs.                                    ) PLAINTIFF'S COMPLAINT AGAINST
                                            ) ALL DEFENDANTS
14 | EXMARK MANUFACTURING                   )
     COMPANY, INC., a corporation; THE      )
15 | TORO COMPANY, a Corporation            )
                                            )
16 |                    Defendants.         )

17
           IT IS HEREBY STIPULATED, by and among the parties hereto, by and between their
18
   attorneys of record that the plaintiff's complaint be dismissed with prejudice against defendants
19
   EXMARK MANUFACTURING COMPANY, INC., a corporation and THE TORO
20
   COMPANY, a Corporation.
21

22
   Dated:  6/8/2011                          LAW OFFICES OF JOHN E. HILL
23                                           A PROFESSIONAL CORPORATION

24
25                                     By:   _____
                                             JOHN E. HILL
26                                           Attorney for Plaintiff
                                             DAVID QUINTERO
27

28
                                                           STIPULATION FOR DISMISSAL & ORDER
                                        1

```
                                              KRIEG, KELLER, SLOAN, REILLEY &
                                              ROMAN, LLP


Dated June 7, 2011                    By /s/ Matt Pt
                                         MARY REILLEY
                                         MATTHEW T. PETERS
                                         Attorney for Defendants
                                         EXMARK MANUFACTURING
                                         COMPANY, INC., a corporation and
                                         THE TORO COMPANY
```

ORDER

IT IS HEREBY ORDERED that plaintiffs' complaint is dismissed with prejudice against EXMARK MANUFACTURING COMPANY, INC., a corporation and THE TORO COMPANY.

Dated 6/9/11

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION FOR DISMISSAL & ORDER

# PROOF OF SERVICE

I, Jose Duran, do hereby declare and state: I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Law Offices Of John E. Hill, 8105 Edgewater Drive, Suite 100, Oakland, California 94621.

On , I served the within:

STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST ALL DEFENDANTS

by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Mary E. Reilley<br>Matthew T. Peters<br>KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP<br>555 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 | |
| | |

_____   (By Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at Oakland, California.

_____   (By Personal Service) I caused each such envelope to be delivered by hand to the offices of each addressee above.

__XX__   (By Electronic Filing) I caused said document to be electronically filed with the United States District Court, Northern District of California, and distributed to the recipients above by its local rules.

_____   (Facsimile) I caused each such document to be delivered by telecopier to the offices of each addressee above.

__XX__   (FEDERAL): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made

I declare under penalty of perjury that the foregoing is true and correct and that was executed on June 8, 2011 at Oakland, California.

*/s/ Jose Duran*
Jose Duran